# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

LARRY KLAYMAN

        Plaintiff,

v.

HON. ANNA BLACKBURNE-RIGSBY, et al

        Defendants.

**CASE NO:**

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Plaintiff Larry Klayman ("Mr. Klayman") hereby moves for an extension of time until Tuesday, March 2, 2021 to file a response to the Court's *sua sponte* order to show cause of today, February 24, 2021. Mr. Klayman has numerous briefs and client matters due this week and therefore respectfully requests this brief two-day extension to file a response.

Dated: February 24, 2021

Respectfully submitted,

*/s/ Larry Klayman*
Larry Klayman

7050 W. Palmetto Park Rd
Boca Raton, FL, 33433
Tel: (561)-558-5336
Email: leklayman@gmail.com

Plaintiff Pro Se

1