IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LARRY KLAYMAN<br><br>  Plaintiff,<br>v.<br><br>HON. ANNA BLACKBURNE-RIGSBY, et al<br><br>  Defendants. | CASE NO: |

## PLAINTIFF'S REQUEST FOR DISCLOSURE

Plaintiff Larry Klayman ("Mr. Klayman") hereby respectfully requests that the Clerk of the Court disclose how this case was assigned to the Honorable Amy Berman Jackson ("Judge Jackson"), that is whether was randomly assigned or specifically assigned to Judge Jackson by the chief judge or otherwise.

Dated: February 24, 2021         Respectfully submitted,

                                  */s/ Larry Klayman*
                                 Larry Klayman
                                 7050 W. Palmetto Park Rd
                                 Boca Raton, FL, 33433
                                 Tel: (561)-558-5336
                                 Email: leklayman@gmail.com

                                 Plaintiff Pro Se

1