**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

LARRY KLAYMAN

               Plaintiff,

v.

HON. ANNA BLACKBURNE-RIGSBY, et al

              Defendants.

**CASE NO: 21-cv-409**

## EMERGENCY MOTION FOR ONE ADDITIONAL DAY TO RESPOND TO ORDER TO SHOW CAUSE

Plaintiff Larry Klayman ("Mr. Klayman") moves this honorable Court for an additional day to respond to its Order to Show Cause of February 24, 2021 for these good faith reasons.

An opinion just issued today affirming an order which dismissed a lawsuit filed by Plaintiff's client Laura Luhn, the woman who was the principal sexual harassment victim of former Fox News CEO Roger Ailes, and which harassment was later covered up.

Ms. Luhn is in very serious emotional, physical and financial condition and has attempted suicide four times in the past. Given this affirmance of the lower court dismissal, Mr. Klayman needs to professionally deal with the effects of this development today to insure that his client is emotionally stable, does not harm herself, and can with cope with the aftereffects of this ruling. These aftereffects could be severe and life threatening.

The affirmance of the U.S. Circuit Court for the District of Columbia just issued this morning in *Luhn v. Scott et al*, 19-7146. Attached are recent articles as background about Ms. Luhn, Fox News and its current CEO Suzanne Scott, who was alleged to have defamed and held

Ms. Luhn in a false light.

WHEREFORE, Plaintiff asks for one additional day to respond to its Order to Show Cause of February 24, 2021, as today, which was the due date, needs to spend considerable time professionally communicating with and consoling Ms. Luhn, as well as and discussing her legal options.


Dated: March 2, 2021                                Respectfully submitted,

                                                      */s/ Larry Klayman*
                                                    Larry Klayman
                                                    KLAYMAN LAW GROUP, P.A
                                                    7050 W. Palmetto Park Rd
                                                    Boca Raton, FL, 33433
                                                    Tel: (561)-558-5336
                                                    Email: leklayman@gmail.com

                                                    Pro Se

## **CERTIFICATE OF SERVICE**

I, Larry Klayman, hereby certify that on this day, March 2, 2021 a copy of the foregoing was filed via this Court's e-filing system and served upon all parties and/or counsel of record through Notices of Electronic Filing.

*/s/ Larry Klayman*_____
Larry Klayman

1