**District of Columbia Court of Appeals**

**Appellate E-Filing System**
C-Track, the browser based CMS for Appellate Courts

Login

Find Case...

## Cases

Case Search
Participant Search

### Case Information: 20-BG-0583

| | | | |
|---|---|---|---|
| **Short Caption:** | IN RE LARRY E. KLAYMAN, BOARD DOCKET NO. 17-BD-063, BAR REGISTRATION NO. 334581 | **Classification:** | Bar Governance - Bar - Disciplinary Original |
| **Superior Court or Agency Case Number:** | DDN028-11 | **Filed Date:** | 10/02/2020 |
| **Opening Event Date:** | 10/02/2020 | **Case Status:** | Pending |
| **Record Completed:** | | **Post-Decision Matter Pending:** | |
| **Briefs Completed:** | | | |
| **Argued/Submitted:** | | | |
| **Disposition:** | | **Next Scheduled Action:** | Review Filings/Statements/Pleadings |
| **Mandate Issued:** | | | |

### Party Information

| Appellate Role | Party Name | IFP | Attorney(s) | Arguing Attorney | E-Filer |
|---|---|---|---|---|---|
| Petitioner | Bar Counsel | N | Hamilton P. Fox | N | Y |
| | | | Myles V. Lynk | N | Y |
| Petitioner | Board on Professional Responsibility | N | James T. Phalen | N | Y |
| | | | Matthew Kaiser | N | Y |
| Respondent | Larry Klayman | N | Melissa Isaak | N | N |

### Events

| Event Date | Status | Description | Result |
|---|---|---|---|
| 10/02/2020 | Filed | Report And Recommendation Of The Bd On Prof. Responsibility recommending the court suspend respondent. | |
| 10/13/2020 | Filed | Exceptions to the Report and Recommendation of the Board. (Respondent) | |
| 10/13/2020 | Filed | Disciplinary Counsel takes no exceptions to the Report. (Petitioner Bar Counsel) | |
| 10/15/2020 | Filed | Motion to Stay the matter pending out come of motion pending before the Board on Professional Responsibility. (Respondent) | Denied |
| 10/19/2020 | Filed | Order To Show Cause why the court should not enter an order of suspension pending final action. | |
| 11/11/2020 | Filed | Motion For Extension Of Time to File response to court order to show cause. (Respondent) | Granted |
| 11/16/2020 | Filed | Motion For Extension Of Time to File (Respondent) | Granted |
| 11/16/2020 | Filed | Opposition to Respondent's Motion for Extension of time to file Response to Court's Order to Show Cause. (Petitioner Bar Counsel) | Granted |
| 11/16/2020 | Filed | Reply to Disciplinary Counsel's opposition. (Respondent) | |
| 11/18/2020 | Filed | Motion For Extension Of Time to File response to Order to show cause. (Respondent) | Granted |
| 11/18/2020 | Filed | Order Granting Motion for extension of time to file a response | |

| | | | |
|---|---|---|---|
| | | to the Order to show cause. | |
| 11/19/2020 | Filed | RESPONDENT LARRY KLAYMAN'S EMERGENCY SECOND SUPPLEMENT TO EMERGENCY RENEWED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COURT'S ORDER TO SHOW CAUSE AND RENEWED MOTION FOR ENTRY PRO HAC VICE OF MELISSA ISAAK. (Respondent) | Granted |
| 11/24/2020 | Filed | Respondent's Amended motion for extension of time to file Response to Court's order to show cause. (Respondent) | Granted |
| 11/25/2020 | Filed | RESPONDENT'S/PETITIONER'S LARRY KLAYMAN'S EMERGENCY MOTION FOR ENTRY PRO HAC VICE OF MELISSA ISAAK WITH RECEIPT FROM THE COMMITTEE ON ADMISSIONS (Respondent) | Granted |
| 11/30/2020 | Filed | Response To Order To Show Cause (Respondent) | |
| 12/01/2020 | Filed | Order Denying motion to stay the matter and granting respondent's motion to for an extension of time. | |
| 12/07/2020 | Lodged | Supplement to Response to Order to Show Cause. (Responent) | |
| 12/14/2020 | Filed | Briefing Order | |
| 01/03/2021 | Filed | Motion For Extension Of Time to File (Respondent) | Granted |
| 01/07/2021 | Filed | Order suspending respondent pending final disposition. | |
| 01/11/2021 | Filed | RESPONDENT LARRY KLAYMAN'S EMERGENCY MOTION TO VACATE ORDER OF JANUARY 8, 2021 AND ISSUE RULING WITH FACTUAL AND LEGAL ANALYSIS IN ACCORDANCE WITH ESTABLISHED AND MANDATED JUDICIAL PRACTICE BASED ON DUE PROCESS AND OTHER CONSTITUTIONAL RIGHTS. (Respondent) | Denied |
| 01/11/2021 | Filed | RESPONDENT LARRY KLAYMAN'S EMERGENCY MOTION TO VACATE ORDER OF JANUARY 8, 2021 AND ISSUE RULING WITH FACTUAL AND LEGAL ANALYSIS IN ACCORDANCE WITH ESTABLISHED AND MANDATED JUDICIAL PRACTICE BASED ON DUE PROCESS AND OTHER CONSTITUTIONAL RIGHTS (Respondent) | Denied |
| 01/17/2021 | Lodged | EMERGENCY INQUIRY INTO RESPONDENT LARRY KLAYMAN'S EMERGENCY MOTION FOR SHORT EXTENSION OF TIME (Respondent) | |
| 01/21/2021 | Filed | Order respondent's motion for extension of time to file his brief, denying motion to vacate January 8, 2021 order, and directing the Clerk to enter the appearance of Melissa Isaak, Esquire. | |
| 02/08/2021 | Filed | Motion To File Excess-Paged--RESPONDENT LARRY KLAYMAN'S MOTION FOR LEAVE TO INCREASE PAGE LIMIT ON INITIAL BRIEF Brief (Respondent) | |
| 02/08/2021 | Lodged | Brief (Respondent) | |
| 02/08/2021 | Lodged | Appendix (Respondent) | |
| 02/08/2021 | Filed | Motion to rescind temporary suspension. (Respondent) | |
| 02/25/2021 | Filed | Notice Received of non filing of D.C. Bar R. XI, 14 Affidavit (Petitioner Bar Counsel) | |
| 02/26/2021 | Filed | Answer/Response and motion to Stay (Respondent) | |